IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TINKA VASILLEVA, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:19-cv-04064 |
| | ) |
| vs. | ) Hon. Franklin U. Valderrama |
| | ) |
| CITY OF CHICAGO, a municipal corporation, | ) Hon. Magistrate Fuentes |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that, TINKA VASILLEVA, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from all aspects of the final order entered on March 14, 2023, granting Defendant's Motion for Summary Judgment, in favor of the Defendant, CITY OF CHICAGO, and against the Plaintiff, TINKA VASSILEVA, as well as all prior orders entered in favor of the Defendant, CITY OF CHICAGO, and against Plaintiff, TINKA VASSILEVA.

Respectfully submitted,

04/06/2023        _____
TINKA VASILLEVA, *Pro se*

Tinka Vassileva
530 N. Lake Shore Drive Unit # 1102
Chicago, IL. 60611
Telephone number: 773-791-1408
e-mail address: tinka.vassileva@gmail.com

**PAID**
RECEIPT # 46242846688
APR 06 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT